UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California Limited Liability Company; and PRICE SIMMS, INC. dba Toyota of Sunnyvale, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CANDLE3, LLC, a Colorado Limited Liability Company,<br><br>Defendant. | No. 2:18-cv-1851 WBS KJN<br><br>ORDER |

----oo0oo----

In its Order dismissing plaintiffs' Complaint, the court allowed plaintiffs twenty days to file a First Amended Complaint. (Docket No. 13.) Pursuant to that Order, plaintiffs filed their First Amended Complaint on August 28, 2018. (Docket No. 15.) On September 14, 2018, defendant filed a Motion to Dismiss the First Amended Complaint. (Docket No. 16.) Then, rather than file a response or opposition to the Motion to

1

| | |
|---|---|
| 1 | Dismiss, plaintiff sought to file a Second Amended Complaint. |
| 2 | Because that would have been the second time plaintiffs had |
| 3 | amended their complaint, and plaintiffs had not obtained the |
| 4 | opposing party's written consent or leave of court pursuant Rule |
| 5 | 15(a) of the Federal Rules of Civil Procedure, the clerk struck |
| 6 | the Second Amended Complaint (Docket No. 18.)  Plaintiffs' |
| 7 | attorney then filed a Declaration, in which he argues that the |
| 8 | Second Amended Complaint was properly filed and should not have |
| 9 | been stricken.  (Docket No. 19.) |
| 10 | Without getting into the merits of plaintiffs' |
| 11 | procedural argument, the court will assume from what has occurred |
| 12 | that plaintiffs' attorney saw the merits of defendant's motion to |
| 13 | dismiss the First Amended Complaint and sought to file the Second |
| 14 | Amended Complaint in its place.  Accordingly, it is hereby |
| 15 | ORDERED that: |
| 16 | (1) defendants' Motion to Dismiss the First Amended |
| 17 | Complaint (Docket No. 16) is hereby GRANTED; |
| 18 | (2) the First Amended Complaint (Docket No. 15) is |
| 19 | hereby DISMISSED; |
| 20 | (3) the hearing scheduled for October 15, 2018 is |
| 21 | VACATED. |
| 22 | (4) the minute order striking the Second Amended |
| 23 | Complaint (Docket No. 18) is hereby VACATED and set aside; |
| 24 | (5) the Second Amended Complaint (Docket No. 17) is |
| 25 | hereby REINSTATED and DEEMED FILED as of October 1, 2018; and |
| 26 | (6) defendant has 20 days from the date this Order is |
| 27 | filed to respond to the Second Amended Complaint by motion, by |
| 28 | answer, or otherwise. |

Dated: October 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE