UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California Limited Liability Company; PRICE SIMMS, INC., dba Toyota of Sunnyvale; MARIN LUXURY CARS, LLC dba Land Rover Marin; PRICE-SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars); PRICE-SIMMS FAIRFIELD dba Mercedes Benz of Fairfield; and PRICE-SIMMS FORD LLC dba Ford Lincoln Fairfield,<br><br>    Plaintiffs,<br><br>  v.<br><br>CANDLE3, LLC, and DOES 1-20, inclusive,<br><br>    Defendants. | No. 2:18-cv-1851 WBS KJN<br><br>ORDER RE: PRICE SIMMS HOLDINGS LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COUNTER-CLAIM |

----oo0oo----

    Before the court is Price Simms Holdings LLC's Ex Parte

1

Application for Extension of Time to Respond to Initial Counter-Complaint (Docket No. 62).  The court has considered the application as well as Candle3, LLC's opposition to it (Docket No. 63).  Good cause appearing therefor:

Price Simms Holdings LLC's Ex Parte Application for Extension of Time to Respond to Initial Counter-Complaint (Docket No. 62) is hereby GRANTED.

Price Simms Holdings LLC shall respond to the counterclaim against it by Candle 3, LLC (Docket No. 59) on or before March 18, 2019.

IT IS SO ORDERED.

Dated:    February 5, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE