1  GEORGE W. WOLFF (81126)
   MICHAEL W. SQUERI (318408)
2  LAW OFFICE OF GEORGE W. WOLFF
   505 SANSOME STREET, SUITE 1525
3  SAN FRANCISCO, CA 94111-3182
   MAILING ADDRESS
4  P.O. BOX 26749, SAN FRANCISCO, CA 94126-6749
   Telephone: 415-788-1881 ext. 222, 232 |
5  Facsimile: 415-788-0880
   george@wolfflaw.com
6  michael@wolfflaw.com

Attorneys for Defendant CANDLE3, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California limited liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICE SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC, dba Toyota Sunnyvale, a California corporation,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Candle3, LLC, and DOES 1-20, inclusive,<br>    Defendants.<br>_____<br><br>Candle3, LLC<br><br>    Counter-Plaintiff, | Case No.: 2:18-CV-001851-WBS-KJN<br><br>**STIPULATION FOR CONTINUANCE OF HEARING DATE ON PRICE SIMMS HOLDINGS LLC, ADAM SIMMS AND CHRIS FIRLE'S MOTION TO DISMISS**<br><br>**HEARING DATE: APRIL 22, 2019**<br>**TIME: 1:30 P.M.**<br>**JUDGE: WILLIAM B. SHUBB** |

vs.

PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California limited liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICE SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC, dba Toyota Sunnyvale, a California corporation; ADAM SIMMS; CHRIS FIRLE,

    Counter-Defendant

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by the parties through their attorneys, subject to |
| 2 | |
| 3 | approval of the court, that the hearing currently set for April 22, 2019 at 1:30 p.m. may be |
| 4 | continued to May 6, 2019 at 1:30 p.m. in Courtroom 5 of the United States District Court, Eastern |
| 5 | District. |
| 6 | This stipulation is executed as a result of the request of Defendant / Counter-Plaintiff Candle3 |
| 7 | LLC for a continuance of the hearing because counsel for Candle3 is scheduled to begin a trial in |
| 8 | San Francisco Superior Court on April 22, 2019. |

**SO STIPULATED**

Dated: March 25, 2019           By:     /s/ Michael W. Squeri
                                        Michael W. Squeri
                                        Attorney for Candle3 LLC

Dated March 25, 2019            By      /s/Sanjeet S. Ganjam
                                        Sanjeet S. Ganjam
                                        Robert Charles Ward
                                        Attorneys for Plaintiffs / Counter-Defendants

**ORDER**

**IT IS HEREBY ORDERED** that the hearing on Price Simms Holdings LLC, Adam Simms and Chris Firle's Motion to Dismiss is continued to May 6, 2019 at 1:30 p.m., in Courtroom 5, of the United States District Court, Easter District.

DATED: March 27, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE