GEORGE W. WOLFF (81126)
MICHAEL W. SQUERI (318408)
LAW OFFICE OF GEORGE W. WOLFF
505 SANSOME STREET, SUITE 1525
SAN FRANCISCO, CA 94111-3182
MAILING ADDRESS
P.O. BOX 26749, SAN FRANCISCO, CA 94126-6749
Telephone: 415-788-1881 ext. 222, 232 |
Facsimile: 415-788-0880
george@wolfflaw.com
michael@wolfflaw.com

Attorneys for Defendant CANDLE3, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California limited liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICE SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC, dba Toyota Sunnyvale, a California corporation,<br><br>Plaintiffs,<br>vs.<br>Candle3, LLC, and DOES 1-20, inclusive,<br>Defendants.<br><br>Candle3, LLC<br><br>Counter-Plaintiff, | Case No.: 2:18-CV-01851-WBS-KJN<br><br>**DEFENDANT / COUNTERCLAIMANT CANDLE3, LLC'S REQUEST TO APPEAR BY TELEPHONE AT MAY 6, 2019 HEARING ON PRICE SIMMS HOLDINGS LLC, ADAM SIMMS AND CHRIS FIRLE'S MOTION TO DISMISS COUNT 14 OF CANDLE3'S COUNTERCLAIM**<br><br>**Date: May 6, 2019**<br>**Time: 1:30 p.m.**<br>**Courtroom: 5**<br>**Judge: Hon. William B. Shubb**<br><br>**Trial Date: April 14, 2020** |
| CASE NO. 2:18-CV001851-WBS-KNJ | DEFENDANT/COUNTERCLAIMANT CANDLE3, LLC'S REQUEST TO APPEAR TELEPHONICALLY |

| | |
|---|---|
| 1 | |
| 2 | vs. |
| 3 | |
| 4 | PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California limited liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICE SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC, dba Toyota Sunnyvale, a California corporation; ADAM SIMMS; CHRIS FIRLE, |
| | Counter-Defendants |

George W. Wolff, counsel for Defendant / Counterclaimant Candle3, LLC, respectfully requests to appear via telephone for the hearing scheduled for May 6, 2019 in Courtroom 5 of this Court, the Honorable William B. Shubb presiding, on Price Simms Holdings LLC, Adam Simms and Chris Firle's Motion to Dismiss Count 14 of Candle3's Counterclaim.

CASE NO. 2:18-CV001851-WBS-KNJ            DEFENDANT/COUNTERCLAIMANT CANDLE3, LLC'S REQUEST TO APPEAR TELEPHONICALLY

The law offices of George W. Wolff are in San Francisco and, as a small firm, it would be greatly appreciated if the appearance could be made telephonically so at so avoid traveling to Sacramento. George W. Wolff can be reached on the day of the hearing at (415)788-1881.

Date: April 24, 2019                    Respectfully Submitted

                                        /S/ George W. Wolff
                                        George W. Wolff
                                        Attorneys for Defendant Candle3, LLC

CASE NO. 2:18-CV001851-WBS-KNJ          DEFENDANT/COUNTERCLAIMANT CANDLE3, LLC'S REQUEST TO APPEAR TELEPHONICALLY

**ORDER**

The request of George W. Wolff to appear telephonically at the hearing set for May 6, 2019 at 1:30 p.m. on Price Simms Holdings LLC, Adam Simms and Chris Firle's Motion to Dismiss Count 14 of Candle3's Counterclaim is GRANTED. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: April 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CASE NO. 2:18-CV001851-WBS-KNJ          DEFENDANT/COUNTERCLAIMANT CANDLE3, LLC'S REQUEST TO APPEAR TELEPHONICALLY