GEORGE W. WOLFF (81126)
MICHAEL W. SQUERI (318408)
LAW OFFICE OF GEORGE W. WOLFF
505 SANSOME STREET, SUITE 1525
SAN FRANCISCO, CA 94111-3182
MAILING ADDRESS
P.O. BOX 26749, SAN FRANCISCO, CA 94126-6749
Telephone: 415-788-1881 ext. 222, 232 |
Facsimile: 415-788-0880
george@wolfflaw.com
michael@wolfflaw.com

Attorneys for Defendant/Counter-Plaintiff CANDLE3, LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, DBA PRICE SIMMS AUTO GROUP, A CALIFORNIA LIMITED LIABILITY COMPANY; MARIN LUXURY CARS, LLC DBA LAND ROVER MARIN, A CALIFORNIA LIMITED LIABILITY COMPANY; PRICE SIMMS PA, LLC DBA MCLAREN SAN FRANCISCO AND VOLVO PALO ALTO, A CALIFORNIA LIMITED LIABILITY COMPANY; PRICE CARS SR, LLC DBA TOYOTA MARIN AND SCION MARIN (A/K/A TOYOTA & SCION MARIN AND TOYOTA MARIN USED CARS), A CALIFORNIA LIMITED LIABILITY COMPANY; PRICE SIMMS FAIRFIELD, LLC DBA MERCEDES BENZ OF FAIRFIELD, A CALIFORNIA LIMITED LIABILITY COMPANY; PRICE-SIMMS FORD, LLC DBA FORD LINCOLN FAIRFIELD, A CALIFORNIA LIMITED LIABILITY COMPANY; AND PRICE SIMMS, INC, DBA TOYOTA SUNNYVALE, A CALIFORNIA CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CANDLE3, LLC, AND DOES 1-20, INCLUSIVE<br><br>Defendants,<br>_____<br><br>CANDLE3, LLC<br><br>Counter-Plaintiff, | Case No.: 2:18-CV-01851-WBS-KJN<br><br>**STIPULATION AND ORDER (1) TO CONTINUE DEADLINE TO DISCLOSE EXPERTS AND PRODUCE REPORTS AND (2) TO CONTINUE DISCOVERY CUT-OFF DATE**<br><br>**Magistrate Judge: Hon. Kendall J. Newman**<br>**Pretrial Conference: February 18, 2020**<br>**Trial Date: April 14, 2020** |

| | |
|---|---|
| 1 | vs. |
| 2 | |
| 3 | PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto group, a California limited liability Company: MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICE SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC, dba Toyota Sunnyvale, a California corporation; ADAMS SIMMS; CHRIS FIRLE,<br><br>Counter-Defendants |

**ALL PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:**

That the current July 29, 2019 deadline to disclose any experts and to produce any reports, as set forth in Judge Shubb's Pretrial Scheduling Order, be continued to October 1, 2019. The parties further stipulate that the deadline to disclose expert testimony intended solely for rebuttal purposes be continued from August 30, 2019, to November 1, 2019.

The parties further respectfully apply to this Court for an Order continuing the discovery cut-off date, including the hearing of all Motions to Compel, as outlined in Judge Shubb's Pretrial Scheduling Order, from September 30, 2019, to December 2, 2019.

WHEREAS, this is the first extension sought by the parties as to these discovery matters;

WHEREAS, the proposed continuances do not interfere with or change the pretrial conference date or the trial date;

WHEREAS, the parties have been unable to complete discovery and need additional time due to discovery being voluminous and complex, and

WHEREAS, it is necessary to continue the above-referenced discovery dates for the parties to adequately identify their experts and to understand the damages claims of the other parties due to the complexity of issues in this matter;

NOW THEREFORE, IT IS HEREBY STIPULATED, between all parties and subject to this Court's approval, that: (1) the deadline to disclose any experts and to produce any reports, as set forth in Judge Shubb's Pretrial Scheduling Order, be continued from July 29, 2019 to October 1, 2019; (2) the deadline to disclose expert testimony intended solely for rebuttal purposes be continued from August 30, 2019 to November 1, 2019; and (3) the discovery cut-off date, including the hearing of all Motions to Compel, be continued from September 30, 2019 to December 2, 2019.

**IT IS SO STIPULATED:**

Dated: July 16, 2019                  SHARTSIS FRIESE LLP

/s/ Sanjeet S. Ganjam
By: SANJEET S. GANJAM
Attorneys for Plaintiffs / Counter Defendants

Dated: July 16, 2019                  LAW OFFICE OF GEORGE W. WOLFF

/s/ George W. Wolff
By: GEORGE W. WOLFF
Attorneys for Defendant / Counter Plaintiff
Candle3, LLC

///
///
///
///
///

# ORDER

For good cause shown, the above Stipulation is GRANTED as follows:

I-III.	Sections I - III of Judge Shubb's Pretrial Scheduling Order shall be unchanged.

IV.	<u>Discovery</u>

(1) The deadline to disclose any experts and to produce any reports, as set forth in Judge Shubb's Pretrial Scheduling Order, is continued from July 29, 2019, to October 1, 2019; (2) the deadline to disclose expert testimony intended solely for rebuttal purposes is continued from August 30, 2019, to November 1, 2019; and (3) the discovery cut-off date, including the hearing of all Motions to Compel, is continued from September 30, 2019, to December 2, 2019.

V-IX.	Sections V - IX of Judge Shubb's Pretrial Scheduling Order, which includes the final pretrial conference and trial date, shall be unchanged.

Dated: July 17, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pric.1851