UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE SIMMS HOLDINGS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CANDLE3, LLC., et al.,<br><br>Defendants. | No. 2:18-cv-1851-WBS-KJN<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO COMPEL DISCOVERY OF DAMAGES COMPUTATIONS AND DENYING PARTIES' REQUEST FOR FEES |

On August 22, 2019, the court entertained oral argument regarding Defendants' motion to compel discovery responses regarding Plaintiffs' damages calculation in their initial disclosures. (ECF No. 81.) At the hearing, attorney Sanjeet Ganjam appeared on behalf of Plaintiffs, and attorneys George Wolff and Michael Squeri appeared on behalf of Defendants.

After carefully considering the written briefing, the oral argument, and the applicable law, and for the reasons stated and agreed to by the parties on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to compel discovery responses (ECF No. 81) is GRANTED IN PART;
2. As guided by the Court, the parties shall meet and confer to outline terms for a 60–day stay of discovery so that Plaintiffs can generate and disclose an expert report on the

damages calculation—which should include a division of the damages amounts by location;

3. Plaintiffs shall file a stipulation with the undersigned detailing the agreed–upon terms, and shall request any modification of the pretrial schedule alongside this stipulation (see ECF No. 58 at p. 5, ordering "any requests to modify the dates or terms of [WBS'] Scheduling Order [to] be heard and decided by the assigned Magistrate Judge.");

4. The stipulation shall also inform the Court as to the status of Candle3's retrieval of certain materials from Plaintiffs' properties;

5. Should the parties require additional guidance from the Court, they may contact the courtroom deputy to request an informal telephonic conference, as outlined on this Chamber's webpage: http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5046/; and

6. The parties' requests for sanctions under Rule 37 are denied.

Dated: August 26, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pric.1851

2