1 | GEORGE W. WOLFF (81126)
MICHAEL W. SQUERI (318408)
2 | LAW OFFICE OF GEORGE W. WOLFF
505 SANSOME STREET, SUITE 1525
3 | SAN FRANCISCO, CA 94111-3182
MAILING ADDRESS
4 | P.O. BOX 26749, SAN FRANCISCO, CA 94126-6749
Telephone: 415-788-1881 ext. 222, 232 |
5 | Facsimile: 415-788-0880
george@wolfflaw.com
6 | michael@wolfflaw.com

7 | Attorneys for Defendant CANDLE3, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California limited liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICE SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC, dba Toyota Sunnyvale, a California corporation,<br><br>Plaintiffs,<br>vs.<br>Candle3, LLC, and DOES 1-20, inclusive,<br>Defendants.<br>───────────────────────<br>Candle3, LLC<br><br>Counter-Plaintiff, | Case No.: 2:18-CV-01851-WBS-KJN<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF DISCOVERY DEADLINES AND FOR CONTINUANCE OF TRIAL**<br><br>**JUDGE: WILLIAM B. SHUBB**<br><br>**PRETRIAL CONFERENCE: FEBRUARY 18, 2020**<br><br>**TRIAL DATE: APRIL 14, 2020** |

CASE NO. 2:18-CV001851-WBS-KNJ    STIPULATION AND ORDER FOR
                                  CONTINUANCE OF DISCOVERY DEADLINES
                                  AND CONTINUANCE OF TRIAL

| | |
|---|---|
| vs.<br>PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California limited liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICE SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC, dba Toyota Sunnyvale, a California corporation; ADAM SIMMS; CHRIS FIRLE,<br>      Counter-Defendants | |

Following the August 22, 2019 Motion to Compel Hearing before Magistrate Judge Kendall J. Newman regarding Plaintiffs' Initial Disclosures of damages calculations, Judge Newman recommended that the parties enter into a stipulation to continue the current trial date of April 14, 2020. As such, with the Court's guidance and suggestion, the parties through counsel of record **HEREBY STIPULATE TO THE FOLLOWING:**

At the direction and suggestion of Judge Newman, by **November 22, 2019**, Plaintiffs will serve a preliminary expert report setting forth a computation of damages incurred at each

CASE NO. 2:18-CV001851-WBS-KNJ       STIPULATION AND ORDER FOR
                                                        CONTINUANCE OF DISCOVERY DEADLINES
                                                        AND CONTINUANCE OF TRIAL

dealership location where Candle3 was to perform work. This analysis of damages will include a breakdown of the actual work done at each dealership location, what work or equipment was allocated or reallocated to different dealership locations, including contract modifications, and what effect that had on the valuation of damages at each location. The expert report will also include a breakdown of the mitigation costs for each dealership location.

Deposition discovery is stayed until **November 22, 2019.** All other discovery shall remain open.

The deadline for the Parties to designate expert witnesses is continued from October 1, 2019 to **February 3, 2020**.

The deadline for the Parties to designate expert witnesses for rebuttal purposes is continued from November 1, 2019 to **March 2, 2020**.

The deadline for all discovery to be completed and for all motions to be filed is continued from December 2, 2019 to **April 1, 2020**.

The Final Pretrial Conference is continued from February 18, 2020 to **July 20, 2020** at 1:30 p.m. in Courtroom No. 5, or a later date to be decided by the Court.

The trial date is continued from April 14, 2020 to **September 15, 2020**, or a later date to be decided by the Court.

**IT IS SO STIPULATED**

Dated: September 23, 2019
SHARTSIS FRIESE LLP
/s/ Sanjeet S. Ganjam
By: SANJEET S. GANJAM
Attorneys for Plaintiffs / Counter Defendants

CASE NO. 2:18-CV001851-WBS-KNJ
STIPULATION AND ORDER FOR CONTINUANCE OF DISCOVERY DEADLINES AND CONTINUANCE OF TRIAL

Dated: September 23, 2019    LAW OFFICE OF GEORGE W. WOLFF
　　　　　　　　　　　　　　　　/s/ George W. Wolff
　　　　　　　　　　　　　　　　By: GEORGE W. WOLFF
　　　　　　　　　　　　　　　　Attorneys for Defendant / Counter Plaintiff
　　　　　　　　　　　　　　　　Candle3, LLC

# ORDER

For good cause shown, the above Stipulation is GRANTED as follows:

I-III.　Sections I - III of Judge Shubb's Pretrial Scheduling Order shall be unchanged.

IV-V.　<u>DISCOVERY AND MOTION HEARING SCHEDULE</u>

(1)　At the direction and suggestion of Judge Newman, by **November 22, 2019**, Plaintiffs will serve a preliminary expert report setting forth a computation of damages incurred at each dealership location where Candle3 was to perform work. This analysis of damages will include a breakdown of the actual work done at each dealership location, what work or equipment was allocated or reallocated to different dealership locations, including contract modifications, and what effect that had on the valuation of damages at each location. The expert report will also include a breakdown of the mitigation costs for each dealership location.

The deadline to disclose any experts and to produce any reports, as set forth in Judge Shubb's Pretrial Scheduling Order, was previously continued from July 29, 2019 to October 1, 2019. With the guidance and suggestion of Magistrate Judge Kendall J. Newman, so that the parties may engage in meaningful discovery, the deadline to disclose any experts and to produce any reports is continued to **February 3, 2020**; (2) the deadline to disclose expert testimony intended solely for rebuttal purposes was previously continued from August 30, 2019 to

CASE NO. 2:18-CV001851-WBS-KNJ　　　　STIPULATION AND ORDER FOR
　　　　　　　　　　　　　　　　　　　　CONTINUANCE OF DISCOVERY DEADLINES
　　　　　　　　　　　　　　　　　　　　AND CONTINUANCE OF TRIAL

November 1, 2019. With the guidance and suggestion of Magistrate Judge Kendall J. Newman, so that the parties may engage in meaningful discovery, the deadline to disclose expert testimony intended solely for rebuttal purposes is continued to **March 2, 2020**; and (3) the discovery cut-off date, including the hearing of all Motions to Compel, was previously continued from September 30, 2019 to November 30, 2019. The discovery cut-off deadline and the deadline to file any motions is continued from December 2, 2019 to **April 1, 2020**.

VI. <u>FINAL PRETRIAL CONFERENCE</u>

The Final Pretrial Conference, as set forth in Judge Shubb's Pretrial Scheduling Order, is continued from February 18, 2020 to **July 20, 2020** at 1:30 p.m. in Courtroom No. 5, or a later date to be decided by the Court.

VII. <u>TRIAL SETTING</u>

The jury trial, as set forth in Judge Shubb's Pretrial Scheduling Order, is continued from April 14, 2020 to **September 15, 2020**, or a later date to be decided by the Court.

Sections VIII - IX of Judge Shubb's Pretrial Scheduling Order shall be unchanged.

**IT IS SO ORDERED**

Dated: September 24, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CASE NO. 2:18-CV001851-WBS-KNJ          STIPULATION AND ORDER FOR
                                         CONTINUANCE OF DISCOVERY DEADLINES
                                         AND CONTINUANCE OF TRIAL