GEORGE W. WOLFF (81126)
MICHAEL W. SQUERI (318408)
LAW OFFICE OF GEORGE W. WOLFF
505 Sansome Street, Suite 1525
San Francisco, CA 94111-3182

MAILING ADDRESS
P.O. Box 26749 San Francisco CA 94126-6749
Telephone: (415)788-1881 ext. 222, 232
Telecopier:(415)788-0880
Email: george@wolfflaw.com
Email: michael@wolfflaw.com

Attorney for Defendant Candle3, LLC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California limited liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICE SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC, dba Toyota Sunnyvale, a California corporation, <br><br> Plaintiffs, <br> vs. <br> Candle3, LLC, and DOES 1-20, inclusive, <br> Defendants. <br> _____ <br><br> Candle3, LLC | CASE NO. 2:18-CV-001851-WBS-KJN <br><br> **COUNSEL FOR DEFENDANT/COUNTER-CLAIMANT's REQUEST TO APPEAR BY TELEPHONE ON JANUARY 13TH, 2020 AT THE MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD HEARING** <br><br> **Date: January 13, 2020** <br> **Time: 1:30 p.m.** <br> **Dept: Courtroom 5** <br><br> **Judge: Hon. William B. Shubb** |

COUNSEL FOR DEFENDANT/COUNTERCLAIMANT'S REQUEST TO APPEAR BY TELEPHONE ON JANUARY 13TH, 2020 AT THE MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD HEARING

Counter-Plaintiff,

Vs.

PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California limited liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICE SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICE-SIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC, dba Toyota Sunnyvale, a California corporation; ADAM SIMMS; CHRIS FIRLE,

Counter-Defendants

George W. Wolff, counsel for Defendant/Counterclaimant Candle3, LLC, respectfully requests to appear via telephone for the hearing scheduled for January 13, 2020 at the hour of 1:30 p.m. in Courtroom 5 of this Court, the Honorable Judge William B. Shubb presiding, on Counsel's Motion for Leave of Court to Withdraw as Counsel of Record for Defendant/Counter-Claimant, Candle3, LLC.

The law office of George W. Wolff is in San Francisco and, as a small firm, it would be greatly appreciated if the appearance could be made telephonically for financial reasons, so as to

avoid traveling to Sacramento. George W. Wolff can be reached on the telephone on the day of hearing (415-788-1881).

Dated: November 26, 2019                    Respectfully Submitted,

                                            /s/George W. Wolff
                                            George W. Wolff
                                            Attorney for Defendant/CounterClaimant Candle3,
                                            LLC

**ORDER**

The court requires the personal appearance of Mr. Wolff at the hearing on his motion to withdraw. It should be noted that because defendant is a corporation it would not be permitted to represent itself in this action if Mr. Wolff's motion to withdraw is granted. For that reason, Mr. Wolff is also instructed to show proof that he has informed his client of that fact. Mr. Wolff is also instructed to have a principal of the corporation present at the hearing on his motion to withdraw so that the court can also inform such representative of that fact. For those reasons, counsel's request to appear telephonically at the hearing set for January 13, 2020 at 1:30 p.m. on Counsel's Motion for Leave of Court to Withdraw as Counsel of Record for Defendant/CounterClaimant, Candle3, LLC is DENIED.

Dated: December 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

COUNSEL FOR DEFENDANT/COUNTERCLAIMANT'S REQUEST TO APPEAR BY TELEPHONE ON JANUARY 13TH, 2020 AT THE MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD HEARING