UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE SIMMS HOLDINGS, LLC, et al., | No. 2:18-cv-1851-WBS-KJN |
| Plaintiffs, | ORDER VACATING HEARING ON MOTION TO COMPEL, GRANTING LEAVE TO RESCHEDULE |
| v. | |
| CANDLE3, LLC., et al., | (ECF No. 97.) |
| Defendants. | |

On December 13, 2019, Plaintiff filed a motion to compel discovery responses from Defendant Candle3, and set it for a January 16, 2020 hearing before the undersigned. (ECF No. 97.) However, on November 22, 2019, Counsel for Defendant filed a motion to withdraw, which Plaintiff has opposed, and set it for a hearing before District Judge Shubb on January 13, 2020. (ECF Nos. 93, 99.) It would be inappropriate for the Court to rule on any alleged non–responsiveness on Candle3's part, given the apparent dispute between Defendant and Counsel—an issue on which the undersigned makes no comment. Once Judge Shubb has resolved the motion to withdraw—and after Plaintiffs have met and conferred with Candle3's counsel (whether they be current or new counsel)—Plaintiffs may contact this chamber's courtroom deputy to reschedule their discovery motion. Thus, the undersigned VACATES the January 16, 2020 hearing on Plaintiff's motion to compel. (ECF No. 97.)

Dated: January 10, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE