UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California Limited Liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICESIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICESIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC. dba Toyota Sunnyvale, a California corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>CANDLE3, LLC, a Colorado limited liability company, | No. 2:18-cv-01851 WBS KJN<br><br>ORDER RE: MOTION TO WITHDRAW |

1

|     |
| --- |
| Defendant. |

----oo0oo----

Attorney George W. Wolff has moved to withdraw as counsel for defendant Candle3, LLC ("Candle3") because defendant has purportedly not paid outstanding invoices for legal fees and has not cooperated with counsel in the preparation and conduct of this matter. (Docket No. 93.) Because Candle3 is a corporation, Mr. Wolff's withdrawal would leave it unrepresented and therefore unable to "file any pleadings, make or oppose any motions, or present any evidence to contest liability." Caveman Foods, LLC v. Ann Payne's Caveman Foods, LLC, 2:12-1112 WBS DAD, 2015 WL 6736801, at *2 (E.D. Cal. Nov. 4, 2015) (collecting cases).

The court held a hearing on the motion on January 14, 2020. At the hearing, Candle3's president, Jim White, represented to the court that the defendant would soon retain new counsel, who would handle future proceedings in this action. Pursuant to the discussion at the hearing, defendant shall retain new counsel on or before January 27, 2020. Once new counsel is retained, defendant shall file a notice of substitution of counsel with the court, signed by defendant, Mr. Wolff, and new defense counsel.

A Status Conference is set for February 3, 2020 at 1:30 p.m. If defendant's notice of substitution is on file before January 27, 2020, Mr. Wolff's motion will be moot, and only new counsel must appear. If a notice of substitution is not on file by that date, White and Mr. Wolff are required to appear at the

February 3, 2020 hearing.  Upon substitution, Mr. Wolff shall turn over all materials relevant to the representation of Candle3 to new counsel.

    IT IS SO ORDERED.

Dated: January 15, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE