UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California Limited Liability Company; MARIN LUXURY CARS, LLC dba Land Rover Marin, a California limited liability company; PRICESIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto, a California limited liability company; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars), a California limited liability company; PRICESIMMS FAIRFIELD, LLC dba Mercedes Benz of Fairfield, a California limited liability company; PRICE-SIMMS FORD, LLC dba Ford Lincoln Fairfield, a California limited liability company; and PRICE SIMMS, INC. dba Toyota Sunnyvale, a California corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>CANDLE3, LLC, a Colorado limited liability company, | No. 2:18-cv-01851 WBS KJN<br><br>ORDER RE: MOTION TO WITHDRAW |
1

| | |
|---|---|
| | Defendant. |

----oo0oo----

Plaintiffs brought this action against corporate defendant Candle3, LLC ("Candle3") alleging various state law claims arising out of plaintiffs' purchase of electrical consulting and electrical fixtures from the defendant. Defense counsel George W. Wolff moved to withdraw as defense counsel. (Docket No. 93.) The court has now held three hearings on the matter. At the first two hearings, defendant's representative Jim White, President of Candle3, represented to the court that defendant was in the process of retaining new counsel. The court reminded Mr. White that Candle3 as a corporation could not appear in this action without counsel. Defendant then failed to appear at the third hearing on February 24, 2020 and has not retained new counsel to date.

IT IS THEREFORE ORDERED that Mr. Wolff's motion to withdraw as counsel of record (Docket No. 93) be, and the same hereby is, GRANTED, and Mr. Wolff is hereby relieved of any obligation to represent defendant further in this action.

Dated: February 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2