UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE SIMMS HOLDINGS, LLC, et al., | No. 2:18-cv-1851-WBS-KJN |
| Plaintiffs, | REQUEST FOR STATUS UPDATE |
| v. | (ECF Nos. 97, 107, 109.) |
| CANDLE3, LLC., et al., | |
| Defendants. | |

On December 13, 2019, plaintiffs filed a motion to compel discovery responses from defendant Candle3, and set it for a January 16, 2020 hearing before the undersigned. (ECF No. 97.) Therein, plaintiffs contended Candle3 had not responded to a number of discovery requests. (Id.) However, a few weeks prior, Counsel for Candle3 moved to withdraw, and so the undersigned concluded that resolution of the motion should be delayed until after Candle3's representation was sorted. (ECF No. 103.)

A review of the docket indicates that in January of 2020, Jim White, President of Candle3, informed District Judge Shubb that the company was seeking new counsel. (ECF No. 105.) On February 3, Attorney Erin M. Jensen filed a declaration with the court indicating she was "willing and ready" to represent Candle3, but was awaiting completion and approval of her pro hac vice application. (ECF No. 107.) On February 27, 2020, counsel for Candle3 was allowed to withdraw. (ECF Nos. 109.) This order was served on Mr. White by mail and email. (Id.)

1

Since that time, the docket does not reflect that any pro hac vice application was filed. See Local Rule 180(b)(2). Thus, for two months, Candle3 has been without representation, which has left it unable to "file any pleadings, make or oppose any motions, or present any evidence to contest liability." Caveman Foods, LLC v. Ann Payne's Caveman Foods, LLC, 2:12-1112 WBS DAD, 2015 WL 6736801, at *2 (E.D. Cal. Nov. 4, 2015) (collecting cases).

Accordingly, it is hereby ORDERED that, within 21 days[1] of this order:

1. Candle3 shall file a declaration with the court indicating the status of counsel. If Attorney Jensen still intends to enter, she shall file her pro hac vice application with the court, as per Local Rule 180(b)(2). If Jensen no longer intends to enter her appearance, Mr. White shall file a declaration with the court updating all as to the status of Candle3's search for new counsel.

2. Plaintiffs shall file a brief notice updating the court as to the status of their motion to compel, including whether they have had any contact with any representative from Candle3 since the motion to withdraw was granted. If plaintiffs no longer wish to pursue their motion to compel, they shall file a notice withdrawing the motion.

3. The Clerk of the Court shall serve this order on all parties, as well as by mail and email to (a) Mr. White at Candle3, LLC and (b) Attorney Jensen at Jensen Dulaney (see ECF No. 107 for addresses).

Dated: April 28, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pric.1851

---

[1] The court recognizes the extraordinary circumstances facing the parties, given the current health crisis. If the parties need more time to sort out the representation issues or confer on the disputed discovery, the court is more than willing to entertain such a request.

2