UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE SIMMS HOLDINGS, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CANDLE3, LLC., et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1851-WBS-KJN<br><br>ORDER SETTING STATUS CONFERENCE<br><br>(ECF Nos. 109-113.) |

　　　　On December 13, 2019, plaintiffs filed a motion to compel discovery responses from defendant Candle3, and set it for a January 16, 2020 hearing before the undersigned. (ECF No. 97.) Therein, plaintiffs contended Candle3 had not responded to a number of discovery requests. (Id.) However, a few weeks prior, Counsel for Candle3 moved to withdraw, and so the undersigned concluded that resolution of the motion should be delayed until after Candle3's representation was sorted. (ECF No. 103.)

　　　　The district judge permitted Candle3's counsel to withdraw on the understanding that Attorney Erin M. Jensen would be filing a pro hac vice application and substituting her appearance. (ECF Nos. 107, 109.) Since that time, the docket does not reflect that any pro hac vice application was filed. See Local Rule 180(b)(2). Thus, for three months, Candle3 has been without representation, which has left it unable to "file any pleadings, make or oppose any motions, or present any evidence to contest liability." Caveman Foods, LLC v. Ann Payne's

1

1  Caveman Foods, LLC, 2:12-1112 WBS DAD, 2015 WL 6736801, at *2 (E.D. Cal. Nov. 4, 2015)
2  (collecting cases).
3       Because plaintiffs' motion to compel had not been resolved, the undersigned ordered the
4  parties to file status updates with the court. (ECF No. 111.) Plaintiffs responded, noting that the
5  discovery they are seeking is still outstanding (ECF No. 112.) Plaintiffs requested a telephonic
6  hearing at the court's earliest convenience in order to move the issue forward. (Id.) The court's
7  order was mailed directly to Candle3's Colorado address, but returned as undeliverable. Further,
8  Attorney Jensen has not filed anything with the court since February 2020.
9       Thus, in the interests of justice, the court now sets a telephonic hearing on plaintiffs'
10  motion to compel for June 4, 2020, at 10:00 a.m. PST. If Candle3 has obtained representation by
11  this date, it would be wise for this attorney to enter his or her appearance and, if necessary, file a
12  pro hac vice application. See Local Rule 180(b). Should Candle3 fail to have counsel appear on
13  its behalf at the hearing, or should Candle3's representative Mr. White fail to appear at this
14  hearing to explain the persistent lack of counsel, the court will set a briefing schedule so that
15  plaintiffs may move for default against Candle3. This order shall be served on the parties as
16  normal, as well as on Mr. White and Ms. Jenson at the following physical and electronic
17  addresses:

| Candle3, LLC<br>   Attn: James White and Ray Marshall<br>   2222 Martin St #214<br>   Irvine, CA 92612 | Candle3, LLC<br>   Attn: James White and Ray Marshall<br>   4060 S Kalamath St.<br>   Englewood, CO 80110 |
|---|---|
| Jensen Dulaney<br>   Attn: Erin M. Jensen<br>   444 East Pikes Peak Avenue, ^200<br>   Colorado Springs, CO 80903 | Erin M. Jensen<br>   ejensen@jensendulaney.com |

27  ////
28
                                                   2

Accordingly, it is hereby ORDERED that:

1. If Candle3 has engaged counsel, this attorney shall file—as soon as possible—either (a) a notice of substitution; or (b) a declaration informing the court why he or she has not entered on behalf of Candle3;

2. An informal telephonic discovery conference is set for June 4, 2020, at 10:00 a.m. PST.  The parties are instructed to call 5 minutes prior the hearing into the conference line 1-888-363-4734 and use the access code 1245690 plus # and security code 4223 plus # when prompted;

3. Candle3 is warned that a failure to respond to this order, or failure to appear at the June 4 telephonic conference, will constitute additional grounds for sanctions which may include a default judgment being entered against the company; and

4. The Clerk of the Court shall serve this order on plaintiffs, on Mr. White at both of Candle3's addresses, and Attorney Jensen, as detailed in this order.

Dated:  May 26, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pric.1851