UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE SIMMS HOLDINGS, LLC, et al., | No. 2:18-cv-1851-WBS-KJN |
| Plaintiffs, | ORDER RESCHEDULING TELEPHONIC STATUS CONFERENCE AND ORDER TO APPEAR |
| v. | |
| CANDLE3, LLC., et al., | (ECF Nos. 109-114.) |
| Defendants. | |

On May 26, 2020, the court scheduled a telephonic status conference to discuss plaintiff's pending motion to compel (ECF No. 97) and the status of counsel for defendant Candle3. (See ECF No. 114.) Due to a scheduling conflict, the court must reschedule the telephonic hearing.

Further, the court has previously indicated to Attorney Jensen that if she is representing Candle3, she should so inform the court by filing her pro hac vice application. (See ECF No. 111.) The court infers from Ms. Jensen's silence that Candle3 has not engaged her as counsel—despite Ms. Jensen's earlier declaration that she is "willing and ready to represent Candle3" pending approval of her pro hac vice application (which was never filed, according to the court's records). (See ECF Nos. 109, 114.) However, given that Candle3 cannot proceed without counsel, the court cannot accept an inference as fact. Thus, Ms. Jensen shall appear at the rescheduled telephonic hearing—regardless of whether she is or is not representing Candle3.

///

1

This order shall be served on the parties as normal, as well as on Mr. White and Ms. Jenson at the following physical and electronic addresses:

| | |
|---|---|
| Candle3, LLC<br><br>   Attn: James White and Ray Marshall<br><br>   2222 Martin St #214<br><br>   Irvine, CA 92612 | Candle3, LLC<br><br>   Attn: James White and Ray Marshall<br><br>   4060 S Kalamath St.<br><br>   Englewood, CO 80110 |
| Jensen Dulaney<br><br>   Attn: Erin M. Jensen<br><br>   444 East Pikes Peak Avenue, ^200<br><br>   Colorado Springs, CO 80903 | Erin M. Jensen<br><br>ejensen@jensendulaney.com |

Accordingly, it is hereby ORDERED that:

1. The informal telephonic discovery conference is RESET to June 10, 2020, at 10:00 a.m. PST.  In addition to plaintiffs' counsel, Mr. White (or another individual with authority to represent Candle3 in this matter) and Ms. Jensen are ordered to appear by telephone at this hearing.  The parties are instructed to call 5 minutes prior the hearing into the conference line 1-888-363-4734 and use the access code 1245690 plus # and security code 4223 plus # when prompted;

2. Candle3 is warned that a failure to respond to this order, or failure of Mr. White to appear at the telephonic conference, may constitute additional grounds for sanction which may include a default judgment being entered against the company; and

3. The Clerk of the Court shall serve this order on plaintiffs, on Mr. White at both of Candle3's addresses, and Attorney Jensen, as detailed in this order.

Dated:  May 29, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pric.1851

2