UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE SIMMS HOLDINGS, LLC, et al., | No. 2:18-cv-1851-WBS-KJN |
| Plaintiffs, | ORDER DENYING PLAINTIFFS' MOTION TO COMPEL |
| v. | (ECF No. 97) |
| CANDLE3, LLC, | |
| Defendant. | |

On December 13, 2019, plaintiffs filed a motion to compel discovery responses from defendant. (ECF No. 97.) Thereafter, counsel for defendant withdrew, plaintiff moved for an entry of default, and the clerk entered default against defendant. (ECF Nos. 108, 118, 122.) Given the status of the case, the court now DENIES WITHOUT PREJUDICE plaintiff's motion to compel. Should litigation resume in this case with defendant's participation, plaintiffs may refile their motion to compel if and when appropriate.

Dated:  October 27, 2020

pric.1851

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1