UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California Limited Liability Company; PRICE SIMMS, INC., dba Toyota of Sunnyvale; MARIN LUXURY CARS, LLC dba Land Rover Marin; PRICE-SIMMS PA, LLC dba McLaren San Francisco and Volvo Palo Alto; PRICE CARS SR, LLC dba Toyota Marin and Scion Marin (a/k/a Toyota & Scion Marin and Toyota Marin Used Cars); PRICE-SIMMS FAIRFIELD dba Mercedes Benz of Fairfield; and PRICE-SIMMS FORD LLC dba Ford Lincoln Fairfield,<br><br>    Plaintiffs,<br><br>    v.<br><br>CANDLE3, LLC, a Colorado Limited Liability Company,<br><br>    Defendant. | No. 2:18-cv-01851 WBS KJN<br><br>ORDER |

----oo0oo----

Plaintiffs' Motion for Attorneys' Fees Under Rule 54 (Docket No. 141) is hereby **REFERRED** to Magistrate Judge Kendall

1

J. Newman for findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

IT IS SO ORDERED.

Dated: April 28, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE