UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PRICE SIMMS HOLDINGS LLC, dba Price Simms Auto Group, a California Limited Liability Company; and PRICE SIMMS, INC. dba Toyota of Sunnyvale, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CANDLE3, LLC, a Colorado Limited Liability Company,<br><br>Defendant. | No. 18-cv-1851 WBS KJN<br><br>ORDER |

----oo0oo----

Plaintiffs have filed a bill of costs (Docket No. 148) after obtaining a default judgment. Defendant did not object to the bill of costs.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 292 govern the taxation of costs, which are generally subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P.

1

54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs--other than attorney's fees--should be allowed to the prevailing party."); E.D. Cal. Local R. 292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in § 1920).

Plaintiffs have requested $1,990.10 in costs based on services that were actually and necessarily performed, including court fees, fees for service of summons and subpoenas, obtaining transcripts, and making copies of materials. After reviewing the bill, and in light of the fact that defendant has not objected, the court finds the requested costs to be reasonable. Accordingly, costs of $1,990.10 will be allowed and are taxed against defendant.

IT IS SO ORDERED.

Dated: May 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE